IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOANI BUSH,

       Petitioner,

v.                                 CASE NO. 5:13-cv-186-RS-CJK

NICOLE ENGLISH,

       Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11). No objections were filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The petition for writ of habeas corpus (Doc. 1), filed under 28 U.S.C § 2241, is **DISMISSED with prejudice**.

3. The clerk is directed to close the case.

**ORDERED** on August 22, 2014.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**